# UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SPECIALIZED DATA SYSTEMS, INC. | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ASSOCIATED SOFTWARE | ) | |
| CONSULTANTS, INC. | ) | April 10, 2018 |
| *Defendant* | | |

## VERIFICATION

I, Marc Riccio, President of Plaintiff, Specialized Data Systems, Inc., being duly sworn, do hereby verify that the facts stated in the foregoing Verified Complaint, as well as those facts stated in the Plaintiff's Motion for Preliminary Injunction, filed on even date herewith, are true and accurate to the best of my knowledge and belief.

_____
Marc Riccio, President

STATE OF CONNECTICUT    )
                        ) ss: Branford, April , 2018
COUNTY OF NEW HAVEN     )

Subscribed and sworn to before me, this 10th day of April, 2018.

_____
Andi Hallier
Commissioner of the Superior Court